RECEIVED
SEP 1 2 2006
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:06-CR-201 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| MATTHEW JAMES NEWINGHAM, | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2253 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Coercion and Enticement)**

On or about August 1, 2006, in the Southern District of Iowa and elsewhere, the defendant, MATTHEW JAMES NEWINGHAM, did knowingly use a means of interstate commerce, including a computer, in an attempt to persuade, induce, entice and coerce an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Travel with Intent to Engage in Illicit Sexual Conduct)**

On or about August 1, 2006, in the Southern District of Iowa and elsewhere, the defendant, MATTHEW JAMES NEWINGHAM, did knowingly travel in interstate commerce, with the intent to engage in illicit sexual activity with another person.

This is a violation of Title 18, United States Code, Section 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

**Count 3**
**(Forfeiture)**

If the defendant, MATTHEW JAMES NEWINGHAM, is convicted of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

a.	Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/ John S. Courter
John S. Courter
Assistant United States Attorney

2